No. 90–1159.  BLY ET UX. *v.* KINLEIN.  Ct. Sp. App. Md. Certiorari denied.

No. 90–1160.  EVONUK *v.* OREGON.  C. A. 9th Cir.  Certiorari denied.

No. 90–1162.  CROSS ET AL. *v.* WASHINGTON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–1163.  PALOMO *v.* TEXAS.  Ct. App. Tex., 1st Dist. Certiorari denied.

No. 90–1166.  LONG ISLAND TYPOGRAPHICAL UNION NO. 915, CWA, AFL–CIO *v.* NEWSDAY, INC.  C. A. 2d Cir.  Certiorari denied.

No. 90–1177.  CITY OF NEW ORLEANS ET AL. *v.* DUBOUE. C. A. 5th Cir.  Certiorari denied.

No. 90–1181.  CAMPBELL ET UX., CO-ADMINISTRATORS OF ESTATE OF CAMPBELL, DECEASED *v.* WHITE.  C. A. 7th Cir.  Certiorari denied.

No. 90–1182.  SAINT THOMAS *v.* MERIT SYSTEMS PROTECTION BOARD.  C. A. Fed. Cir.  Certiorari denied.

No. 90–1185.  CONNECTICUT *v.* NELSON.  App. Ct. Conn. Certiorari denied.

No. 90–1186.  JOHNSON GAS APPLIANCE CO. *v.* VE HOLDING CORP.  C. A. Fed. Cir.  Certiorari denied.

No. 90–1188.  TEETER *v.* SHAMBAUGH, ACTING DIRECTOR OF SUPPORT SERVICES, FAIRVIEW TRAINING CENTER, DEPARTMENT OF HUMAN RESOURCES OF OREGON.  C. A. 9th Cir.  Certiorari denied.

No. 90–1193.  HUMAN, SUPERINTENDENT OF GRAVETTE PUBLIC SCHOOL DISTRICT, ET AL. *v.* DOE ET AL.  C. A. 8th Cir. Certiorari denied.

No. 90–1198.  BATOR *v.* WASHOE COUNTY BUILDING DEPARTMENT ET AL.  Sup. Ct. Nev.  Certiorari denied.